UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FPI MANAGEMENT, INC.,<br><br>　　　　Defendant. | Case No. 2:23−CV−01126−JAM−AC<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF CONSENT ORDER** |

　　The Court has before it the Joint Motion for Entry of Consent Order filed by Plaintiff the United States of America and Defendant FPI Management, Inc. (collectively, "the Parties").

　　Upon consideration of the terms of the Consent Order, and in light of the Parties' agreement, it is hereby ORDERED that:

　　The Parties' Joint Motion for Entry of Consent Order is **GRANTED**;

　　The clerk shall enter the signed Consent Order as a separate docket entry; and

　　This Court will retain jurisdiction to enforce the terms of the Consent Order and will be the sole venue for any dispute arising thereunder.

Dated: June 13, 2023　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE