KRISTEN CLARKE, Assistant Attorney General
CARRIE PAGNUCCO, Acting Chief
ELIZABETH A. SINGER, Director, U.S. Attorneys' Fair Housing Program
ALAN A. MARTINSON, Trial Attorney
U.S. Department of Justice
950 Pennsylvania Avenue, NW – 4CON
Washington, DC 20530
Telephone: (202) 598-7078

PHILLIP A. TALBERT
United States Attorney
COLLEEN M. KENNEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

ATTORNEYS FOR PLAINTIFF UNITED STATES

DANIEL J. FOSTER
Wilke Fleury LLP
621 Capitol Mall, Suite 900
Sacramento, California 95814
Telephone: (916) 441-2430

ATTORNEY FOR DEFENDANT FPI MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FPI MANAGEMENT, INC.,<br>　　　　Defendant. | Case No. 2:23-cv-01126-JAM-AC<br><br>**STIPULATION AND ORDER TO ADMINISTRATIVELY CLOSE CASE** |

　　　　Pursuant to Local Rule 143(a)(1), it is hereby stipulated by and between Plaintiff United States of America ("United States") and Defendant FPI Management, Inc. ("FPI") as follows:

　　　　1.　　On June 13, 2023, the United States filed a Complaint (ECF No. 1) against FPI alleging violations of the Servicemembers Civil Relief Act, 50 U.S.C. § 3901, *et seq*.

STIPULATION AND ORDER TO ADMINISTRATIVELY CLOSE CASE

2. On the same day, the parties filed a Joint Motion for Entry of Consent Order. (ECF No. 2.)

3. On June 14, 2023, the court entered the Consent Order (ECF No. 6), which resolves the allegations in the United States' Complaint. The Consent Order states that "[t]he Court shall retain jurisdiction over all disputes between the Parties arising out of the Consent Order, including but not limited to interpretation and enforcement of the terms of the Consent Order." (*Id.* ¶ 44.) The Consent Order also states that "[t]his Consent Order shall be in effect for a period of five (5) years from its date of entry, after which time this case shall be dismissed with prejudice." (*Id.* ¶ 45.)

4. The Parties jointly agree to stipulate that (a) the Court should administratively close the case, and (b) the case should be reopened by the Court in the event of a dispute related to compliance with the Consent Order during the term of the Consent Order, consistent with the Court's retention of jurisdiction.

Dated this 14th day of June, 2023.      Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA:**
KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

/s/ Alan A. Martinson
CARRIE PAGNUCCO, Acting Chief
ELIZABETH A. SINGER, Director
U.S. Attorneys' Fair Housing Program
ALAN A. MARTINSON, Trial Attorney
Civil Rights Division
U.S. Department of Justice
Housing and Civil Enforcement Section

PHILLIP A. TALBERT
United States Attorney
COLLEEN M. KENNEDY
Assistant United States Attorney

**FOR FPI MANAGEMENT, INC.:**
WILKE FLEURY LLP

/s/ Daniel J. Foster
DANIEL J. FOSTER
Attorneys for FPI MANAGEMENT, INC.

STIPULATION AND ORDER TO ADMINISTRATIVELY CLOSE CASE

2

**ORDER**

The stipulation of the parties is **APPROVED**.

IT IS SO ORDERED.

Dated: June 14, 2023                         /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO ADMINISTRATIVELY CLOSE CASE
3